UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE L. TAYLOR,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
    _____/

Case No. 1:14-cv-110
Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: March 25, 2015
    /s/ Hugh W. Brenneman, Jr.
    HUGH W. BRENNEMAN, JR.
    United States Magistrate Judge